BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED FILED**
DEC 0 3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KULWANT SINGH SANDHU,<br>aka Ken Sandhu,<br><br>Defendant. | CASE NO. 2:15-CR-231 MCE<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person until the defendant's arrest or unless otherwise ordered by this Court.

Dated: Dec 3, 2015

_____
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE
KENDALL J. NEWMAN

SEALING ORDER                                   1