UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 16, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-CR-00231-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| KULWANT SINGH SANDHU, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KULWANT SINGH SANDHU</u>, Case No. <u>2:15-CR-00231-MCE</u>, Charge <u>47 USC § 223(a)(1)(D)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ <u>25,000</u>

   ✔   Unsecured Appearance Bond

   \_\_   Appearance Bond with 10% Deposit

   \_\_   Appearance Bond with Surety

   \_\_   Corporate Surety Bail Bond

   ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 16, 2015</u> at <u>2:00</u> pm.

By _____
Allison Claire
United States Magistrate Judge