1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy.zindel@fd.org
5

6  Attorney for Defendant
   KULWANT SINGH SANDHU
7

8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13  UNITED STATES OF AMERICA,     ) Case No.  2:15-CR-0231 GEB
                                  )
14          Plaintiff,             )
                                  ) **STIPULATION AND [PROPOSED] ORDER**
15       v.                        ) **CONTINUING STATUS AND**
                                  ) **EXCLUDING TIME**
16  KULWANT SINGH SANDHU,         )
                                  ) Date:   February 5, 2016
17          Defendant.             ) Time:   9:00 a.m.
                                  ) Judge:  Hon. Garland E. Burrell, Jr.
18  ─────────────────────────     )

19

20       It is hereby stipulated and agreed between defendant,

21  Kulwant Singh Sandhu, and plaintiff, United States of America,

22  that the status conference scheduled for February 5, 2016, may

23  be continued to March 18, 2016, at 9:00 a.m.

24       The government has provided extensive discovery on CDs and

25  a thumb drive, including many audio recordings.  Defense counsel

26  continues to review discovery and anticipates several additional

27  meetings with Mr. Sandhu.  Counsel also seeks additional time to

28  conduct legal research necessary to determine how to proceed.

                                -1-

In light of the above, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Sandhu and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from the date of this stipulation and order through March 18, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

```
                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  February 3, 2016            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KULWANT SINGH SANDHU


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:  February 3, 2016            /s/  T. Zindel for N. Desai
                                    NIRAV DESAI
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is rescheduled for March 18, 2016, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.
Dated:  February 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge