```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org


Attorney for Defendant
KULWANT SINGH SANDHU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:15-CR-0231 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS AND EXCLUDING TIME** |
| KULWANT SINGH SANDHU, | ) |
| Defendant. | ) Date:   March 18, 2016<br>) Time:   9:00 a.m.<br>) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Kulwant Singh Sandhu, and plaintiff, United States of America, that the status conference scheduled for March 18, 2016, may be continued to May 20, 2016, at 9:00 a.m.

The government has provided extensive discovery on CDs and a thumb drive, including many audio recordings, and more is expected.  Defense counsel continues to review discovery and anticipates several additional meetings with Mr. Sandhu.  Counsel also seeks additional time to conduct legal research necessary to determine how to proceed.

-1-

1  In light of the above, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Sandhu and the public in a speedy trial, and ask the Court to order time under the Speedy Trial Act excluded from the date of this stipulation and order through May 20, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  March 17, 2016            /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KULWANT SINGH SANDHU


                                        BENJAMIN WAGNER
                                        United States Attorney


Dated:  March 17, 2016            /s/ T. Zindel for N. Desai
                                        NIRAV DESAI
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is rescheduled for May 20, 2016, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   IT IS SO ORDERED.
Dated:  March 18, 2016

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge

-2-