```
1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA   95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy.zindel@fd.org
5

6  Attorney for Defendant
   KULWANT SINGH SANDHU
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:15-CR-0231 GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **MODIFYING CONDITIONS OF RELEASE** |
| | ) |
| KULWANT SINGH SANDHU, | ) |
| | ) Judge:  Hon. Edmund F. Brennan |
| Defendant. | ) |

It is hereby stipulated and agreed between defendant, Kulwant Singh Sandhu, and plaintiff, United States of America, that the conditions of release imposed on December 16, 2015, may be modified as follows:

    5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services; however, you may travel to the Northern District of California for employment purposes upon advance notification to pretrial services of the person or company for whom you will be working.

-1-

The above language modifies only condition 5 of the conditions of release.  All other conditions are unaffected.

```
                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  April 28, 2016              /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KULWANT SINGH SANDHU


                                    BENJAMIN WAGNER
                                    United States Attorney


Dated:  April 28, 2016              /s/ T. Zindel for N. Desai __
                                    NIRAV DESAI
                                    Assistant U.S. Attorney
```

**O R D E R**

The conditions of pretrial release are modified as set forth above.

  IT IS SO ORDERED.

Dated:  April 29, 2016.   _____
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE