HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org

Attorney for Defendant
KULWANT SINGH SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:15-CR-0231 GEB |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE, SETTING** |
| v. | ) **BRIEFING SCHEDULE, AND EXCLUDING** |
| | ) **TIME** |
| KULWANT SINGH SANDHU, | ) |
| | ) Date:  May 20, 2016 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Kulwant Singh Sandhu, and plaintiff, United States of America, that the that the status conference scheduled for May 20, 2016, may be continued to August 12, 2016, at 9:00 a.m.  The parties also ask the Court to schedule briefing and hearing on a motion to dismiss the indictment, as follows:

1. Motion due June 24, 2016.
2. Opposition due July 22, 2016.
3. Reply due August 5, 2016.
4. Hearing on motion & status conference **August 12, 2016.**

-1-

1    Defense counsel seeks additional time to complete research
2  and writing of the motion to dismiss.  The parties therefore ask
3  the Court to exclude time under the Speedy Trial Act from the
4  date of this order through August 12, 2016, and agree that
5  failure to grant this continuance would deny them the reasonable
6  time necessary for effective preparation, taking into account
7  the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(A)
8  and (B)(iv)[Local Code T4].  The parties recognize that time is
9  automatically excluded upon filing of the motion.  *See id.* at
10  (h)(1)(D).  The parties agree that the ends of justice served by
11  taking such action outweigh the best interest of the public and
12  of Mr. Sandhu in a speedy trial and ask the Court to so find.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  May 18, 2016             /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for KULWANT SINGH SANDHU


                                 PHILLIP A. TALBERT
                                 Acting United States Attorney

Dated:  May 18, 2016             /s/ T. Zindel for N. Desai
                                 NIRAV DESAI
                                 Assistant U.S. Attorney

/////
/////
/////
/////
/////

**O R D E R**

The status conference is continued to August 12, 2016. The proposed schedule for briefing on a motion to dismiss is adopted and hearing on the motion is scheduled for August 12, 2016, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Time is therefore excluded from the date of this order through August 12, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  May 19, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge