UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>KULWANT SINGH SANDU,<br><br>       Defendant. | No.  15-cr-231<br><br>**TRIAL CONFIRMATION ORDER** |

Trial in the above-captioned case, scheduled to commence on January 17, 2017, at 9:00 a.m., was confirmed at the hearing held on December 2, 2016.

**EVIDENTIARY DISPUTES**

All evidentiary disputes capable of being resolved by in limine motions shall be set forth in such motions and filed no later than December 16, 2016. Oppositions to the motions or statements of non-opposition shall be filed no later than December 30, 2016. Hearing on the motions is scheduled to commence at 9:00 a.m. on January 6, 2017.

Any reasonably anticipated dispute concerning the admissibility of evidence that is not briefed in an in limine motion shall be included in trial briefs. E.D. Cal. R. 285(a)(3).

**TRIAL PREPARATION**

A.   No later than five court days before trial, the following documents shall be filed:[1]

---

[1] Defendant need not file a trial brief and/or proposed jury instructions if he has tactical or other reasons for not complying with this portion of the order.

1

    (1) Proposed jury instructions and a proposed verdict form;

    (2) Proposed voir dire questions to be asked by the Court;

    (3) Trial briefs; and

    (4) A joint statement or joint proposed jury instruction that can be read to the jury during voir dire that explains the nature of the case.

  B. The government's exhibits shall be numbered with stickers. Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers. The parties may obtain exhibit stickers from the Clerk's Office. The government stated it would provide a witness list in two weeks and an exhibit list as soon as feasible.

  C. The parties estimate it will take approximately five court days to complete the evidentiary portion of the trial. Each side indicated fifteen minutes is sufficient for voir dire, which may be used after the judge completes judicial voir dire. One alternate juror will be empaneled.

  The "struck jury" system will be used to select the jury. The struck jury system is "designed to allow both the prosecution and the defense a maximum number of peremptory challenges. The venire . . . start[s] with about 3[6] potential jurors, from which the defense and the prosecution alternate[] with strikes until a petite panel of 12 jurors remain[s]." Powers v Ohio, 499 U.S. 400, 404-05 (1991); see also United States v. Esparza-Gonzalez, 422 F.3d 897, 899 (9th Cir. 2005) (discussing the "struck jury" system).

The Jury Administrator randomly selects potential jurors and places their names on a document in the numerical sequence in which they were randomly selected; a copy of the document will be provided to each party. Each juror will be placed in his or her randomly-selected seat. The first 12 jurors on the list will constitute the petit jury unless one or more of those 12 is excused for some reason. Assuming that the first listed juror is excused, the thirteenth listed juror becomes one of the twelve jurors.

The Courtroom Deputy will give each juror a large laminated card on which the number of his or her order of selection is placed. When the judge asks a potential juror a question he or she will be asked to state his or her selection number before responding to the question.

Following the voir dire questioning, each side will take turns exercising its peremptory challenges. The parties will be given a sheet of paper ("strike sheet") upon which each side shall silently exercise peremptory challenges until all peremptory challenges are used or waived. If a side elects to pass rather than exercise a particular peremptory challenge, the word "pass" shall be placed on the strike sheet where applicable to designate a passed challenge and that challenge is waived.

D.   It was agreed at the confirmation hearing that each side has up to ten (10) minutes to make an opening statement.

IT IS SO ORDERED.

Dated:  December 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge