PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
JAMES CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>KULWANT SINGH SANDHU,<br>  aka Ken Sandhu,<br><br>                  Defendant. | CASE NO. 2:15-CR-0231 GEB<br><br>[PROPOSED] ORDER MODIFYING TRIAL CONFIRMATION ORDER |

The Court has received and reviewed the parties' Stipulation Requesting Modification of Trial Confirmation Order. For good cause, IT IS HEREBY ORDERED that:

1. The parties' stipulation is approved;

2. The Trial Confirmation Order (dkt. no. 31) is modified such that the government shall file a proposed witness list two weeks prior to the first day of trial, or January 3, 2016.

Dated: December 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge