1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   JAMES R. CONOLLY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0231 GEB |
12 | Plaintiff, | STIPULATED REQUEST TO MODIFY MOTION SCHEDULE; [PROPOSED] ORDER |
13 | v. | DATE: March 10, 2017 |
14 | KULWANT SINGH SANDHU, | TIME: 9:00 a.m. |
   | aka Ken Sandhu, | COURT: Hon. Garland E. Burrell, Jr. |
15 | | |
   | Defendant. | |
16

17

18      The United States of America (the "government"), through its attorneys of record, Assistant U.S.
19 Attorneys Nirav K. Desai and James R. Conolly, and defendant Kulwant Singh Sandhu, through his
20 attorneys of record, Assistant Federal Defenders Timothy Zindel and Mia Crager, hereby submit the
21 following stipulated schedule request to hear the defendant's Motion for Judgment of Acquittal and
22 Motion for New Trial.
23      WHEREAS the defendant filed his Notice of Motion and Motion for Judgment of Acquittal, and
24 his Notice of Motion and Motion For New Trial, on February 2, 2017; and
25      WHEREAS the hearing for these motions is at present scheduled for March 10, 2017;
26      The parties hereby request that the Court order the schedule for hearing the defendant's motions,
27 and for the parties to file and serve the related briefing in advance of that hearing, be modified as
28 follows:

1. The government's briefs in response to the defendant's motions shall be filed and served no later than February 24, 2017;

2. The defendant's replies to the government's response briefs, if filed, shall be filed and served no later than March 3, 2017; and

3. The hearing for both motions shall remain March 10, 2017, at 9:00 a.m.

Dated: February 7, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ James R. Conolly
NIRAV K. DESAI
JAMES R. CONOLLY
Assistant United States Attorneys

Dated: February 7, 2017

By: /s/ Timothy Zindel
(As authorized on 2/6/2017)
TIMOTHY ZINDEL
MIA CRAGER
Assistant Federal Defenders
Attorneys for Defendant
KULWANT SINGH SANDHU

PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
JAMES R. CONOLLY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KULWANT SINGH SANDHU,<br>　aka Ken Sandhu,<br><br>　　　　　　Defendant. | CASE NO. 2:15-CR-0231 GEB<br><br>[PROPOSED] ORDER MODIFYING MOTION SCHEDULE |

　　　　The Court has received and reviewed the parties' Stipulated Request to Modify Motion Schedule. For good cause, IT IS HEREBY ORDERED that:

　　　　1. The parties' request is granted;

　　　　2. The government's briefs in response to the defendant's Motion for Judgment of Acquittal and Motion for New Trial shall be filed and served no later than February 24, 2017;

　　　　3. The defendant's replies to the government's response briefs, if filed, shall be filed and served no later than March 3, 2017; and

　　　　4. The hearing for both motions shall remain March 10, 2017, at 9:00 a.m.

　　　　Dated: February 7, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge