HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org


Attorney for Defendant
KULWANT SINGH SANDHU


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-CR-0231 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER AMENDING SENTENCING SCHEDULE** |
| KULWANT SINGH SANDHU, | |
| Defendant. | Date:   May 20, 2016 |
| | Time:   9:00 a.m. |
| | Judge:  Hon. Garland E. Burrell, Jr. |


It is hereby stipulated and agreed between defendant,

Kulwant Singh Sandhu, and plaintiff, United States of America,

that the hearing on judgment and sentence scheduled for April 7

may be continued to **April 28, 2017** at 9:00 a.m.

The parties further agree to modify the presentence report

schedule as follows:

1. Draft PSR due March 17.

2. Informal objections due March 31.

3. Final report due April 7.

1             4. Motions to correct due April 14

2             5. Replies or non-oppositions due April 21.

3

4                          Respectfully submitted,

5                          HEATHER E. WILLIAMS
                          Federal Defender

6

7 Dated:  February 16, 2017    /s/ T. Zindel_____
                          TIMOTHY ZINDEL

8                          Assistant Federal Defender
                          Attorney for KULWANT SINGH SANDHU

9

10                         PHILLIP A. TALBERT
                        United States Attorney

11

12 Dated:  February 16, 2017    /s/ T. Zindel for N. Desai___
                         NIRAV DESAI

13                         Assistant U.S. Attorney

14

15                   **O R D E R**

16

17     The modified schedule is adopted.  Judgment and sentencing

18 is rescheduled for April 28, 2017, at 9:00 a.m.

19     IT IS SO ORDERED.

20
Dated:  February 17, 2017

21

22

23                        _____
                        GARLAND E. BURRELL, JR.

24                        Senior United States District Judge

25

26

27

28