UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-0231-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING GOVERNMENT'S SEALING REQUEST CONCERNING SENTENCING AND DEFENDANT'S CONDITIONAL REQUEST FOR A CONTINUANCE OF THE SENTENCING HEARING** |
| KULWANT SINGH SANDHU, | |
| Defendant. | |

On May 10, 2017, the government emailed the Deputy Clerk a sealing request consisting of the government's request to seal, a proposed sealing order, and two exhibits that the government requests to file under seal in connection with the sentencing of defendant Kulwant Sandhu.

The government requests to file under seal "a Psychological Evaluation Report ("Report") should be sealed for an individual known as H.H., authored by Dr. Frank Weber (labeled Government's Exhibit R)." Not. of Req. to Seal ("Not.") 1:19-21, ECF No. 106. However, in light of the arguments the United States makes in the addendum to its opposition filed on May 10, 2017, the United States has not shown justification for filing the report in this action.

The United States also requests to file under seal "a transcript of the cross examination of Dr. Weber at H.H.'s trial,

1

1 | (labeled Government's Exhibit S)." Not. 1:21-22. However, since
2 | the reference transcript concerns a proceeding that was open to
3 | the public, The United states has not shown that it should be
4 | filed under seal in this action.
5 | Therefore, the sealing request is denied and the
6 | documents submitted for consideration of sealing are treated as
7 | having been returned to the United States <u>See</u> <u>United States v.</u>
8 | <u>Baez-Alcaino</u>, 718 F. Supp. 1503, 1506-07 (M.D. Fla. 1989)
9 | (explaining that when a judge decides in camera that a document
10 | has not been shown appropriate for sealing, the document should
11 | be returned to the submitting party, who may then decide what to
12 | do).
13 | Lastly, Defendant's request for a continuance of
14 | sentencing is denied.
15 | IT IS SO ORDERED.
16 | Dated: May 11, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge