UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KULWANT SINGH SANDHU,<br><br>　　　　Defendant. | No. 2:15-cr-00231-GEB-1<br><br>**ORDER WITHDRAWING RULING ON DEFENDANT'S DEPARTURE REQUEST MADE UNDER U.S.S.G. § 5K2.13** |

　　　　The ruling on Defendant's departure request under U.S.S.G. § 5K2.13, issued in court at the sentencing hearing on May 12, 2017, is withdrawn because the Court has decided to reconsider whether Defendant prevails on this objection in light of statements made at the May 12 hearing.

　　　　Dated: May 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge