HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorneys for Defendant
KULWANT SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KULWANT SANDHU,<br><br>Defendant. | Case No. Cr. S. 15-00231-GEB<br><br>[PROPOSED] ORDER FOR RELEASE OF PASSPORT<br><br>Judge: Hon. Garland E. Burrell, Jr. |

The Court orders the Clerk's Office of the District Court, Eastern District of California, to release the passport previously deposited in this case (#521826823) to the attorney for Mr. Sandhu, Mia Crager, Assistant Federal Defender, at 801 I Street, 3rd floor, Sacramento, CA 95814.

Dated: July 6, 2017

_____
HON. GARLAND E. BURRELL, JR.
Senior United States District Judge