HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
KULWANT SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KULWANT SANDHU,<br><br>　　　　Defendant. | Case No.  2:15-CR-00231 MCE<br><br>**CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE; ORDER**<br><br>Date:   March 25, 2021<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), Kulwant Sandhu, by and through undersigned counsel, consents to appear by video-teleconference at the hearing on his motion for early termination.  Mr. Sandhu is aware of his right to appear in person for this hearing, as well as of his ability to waive personal appearance and appear via video-teleconference.  He hereby waives his right to personally appear in person at the hearing on March 25, 2021, and consents to appear by video teleconference.  Pursuant to Eastern District of California General Order 616, counsel for Mr. Sandhu signs this waiver on Mr. Sandhu's behalf.

　　Dated: March 24, 2021　　　　　　　　　　*/s/ Kulwant Sandhu*
　　　　　　　　　　　　　　　　　　　　　　　KULWANT SANDHU

1   I concur in Mr. Sandhu's waiver of in-person appearance and consent to us both appearing by video-teleconference at his motion hearing.

Dated:  March 24, 2021        /s/ Tim Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for KULWANT SANDHU


IT IS SO ORDERED.

Dated:  March 24, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE